UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DeJuan Thornton-Bey, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 08-1430
 )
Barack Obama, )
 )
    Defendant. )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the case pursuant to 28 U.S.C. § 1915A.[1]

Plaintiff, a federal prisoner confined at the Administrative Maximum facility in Florence, Colorado, sues Senator Barack Obama for allegedly refusing to investigate his complaint about corruption within the federal judiciary. He seeks $10 million in damages. Members of Congress are absolutely immune from lawsuits, such as this one, arising from the performance of their official duties. *Dombrowski v. Eastland*, 387 U.S. 82, 85 (1967); *Fields v. Office of Eddie Bernice Johnson*, 459 F.3d 1, 9-10 (D.C. Cir. 2006) (citing cases). The complaint therefore will be dismissed by separate Order issued contemporaneously.

_____
United States District Judge

Date: September ___, 2008

---

[1] Section 1915A requires the Court to "review, before docketing, if feasible . . . a [civil] complaint . . . in which a prisoner seeks redress from a governmental entity" and to dismiss the complaint upon a determination that, among other grounds, it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(a)-(b).